151 So.2d 495

Charles E. BRASHER

v.

DEPARTMENT OF HIGHWAYS of the State of Louisiana.

No. 46682.

April 11, 1963.

In re: Charles E. Brasher applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, 151 So.2d 542.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

151 So.2d 689

Samuel LEE

v.

ROYAL INDEMNITY COMPANY.

No. 46678.

April 17, 1963.

In re: Samuel Lee applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 149 So.2d 606.

The application is denied. On the facts found by the Court of Appeal the judgment is correct.